UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| WARNER BROS. ENTERTAINMENT, INC., WARNER BROS. CONSUMER PRODUCTS, INC. and TURNER ENTERTAINMENT CO., | ) ) ) ) ) | |
| Plaintiffs-Appellees, | ) ) | Appeal No. 15-3728 |
| v. | ) ) ) | Appeal from the United States District Court for the Eastern |
| X ONE X PRODUCTIONS, LEO VALENCIA, ART NOSTALGIA.COM, INC. and A.V.E.L.A., | ) ) ) ) | District of Missouri Honorable Henry E. Autrey |
| Defendants-Appellants. | ) | |

**PLAINTIFFS-APPELLEES'
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and 8th Circuit Rule 26.1A, plaintiffs-appellees Warner Bros. Entertainment Inc., Warner Bros. Consumer Products Inc. and Turner Entertainment Co. state as follows:

<u>Warner Bros. Entertainment Inc.</u>  The parent company of Warner Bros. Entertainment Inc. is Time Warner Inc., a publicly-held corporation.  Time Warner Inc. owns 100% of the stock of Warner Bros. Entertainment, Inc.

<u>Warner Bros. Consumer Products Inc.</u>  The parent company of Warner Bros. Consumer Products Inc. is Warner Bros. Entertainment, Inc.  There is no publicly-held corporation that owns ten percent or more of the stock of Warner Bros. Consumer Products, Inc.

Turner Entertainment Co.  The parent company of Turner Entertainment Co. is Warner Bros. Entertainment Inc.  There is no publicly held corporation that owns ten percent or more of the stock of Turner Entertainment Co.

Dated:  December 8, 2015

/s/ Sondra A. Hemeryck
Frederick J. Sperling
Sondra A. Hemeryck
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL  60606
Telephone:  (312) 258-5500
Facsimile:   (312) 258-5600
Email:  fsperling@schiffhardin.com
shemeryck@schiffhardin.com

Attorneys for Plaintiffs-Appellees
Warner Bros. Entertainment Inc.,
Warner Bros Consumer Products Inc.
and Turner Entertainment Co.

CERTIFICATE OF SERVICE
=====

I hereby certify that on December 8, 2015, the foregoing document was electronically filed with the Clerk of the Court and served on all parties who have appeared by operation of the Court's electronic filing system.

       /s/ Sondra A. Hemeryck